IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 16 2014

JEFFREY P. COLWELL
CLERK

Mr. Marion Ornestus Harper III , Plaintiff,

v.

City of Cortez, Colorado ,

Cortez Police Department, Sgt. Angelo Martinez ,

Montezuma County Board of Commissioners ,

Montezuma County Sheriff's Department ,

Sheriff Dennis Spruell ,

Southwest Memorial Hospital d/b/a ,

Southwest Health Systems and ,

Dr. Mark Turpen , Defendant(s).

(List each named defendant on a separate line.)

# COMPLAINT

(Rev 07/06)

## PARTIES

1. Plaintiff  Marion O. Harper III   is a citizen of  Montezuma County, CO
   who presently resides at the following address:
   P.O. Box 874 Cortez, CO 81321

2. Defendant  Board of Commissioners et., al.  is a citizen of  Montezuma County, CO
   who live(s) at or is/are located at the following address:
   109 W. Main; 701 Driscoll St.; and 500 N. Park St. Cortez, CO 81321

3. Defendant  City of Cortez Colorado   is a citizen of  Montezuma County, CO
   who live(s) at or is/are located at the following address:
   212 E. Main St. Cortez, Colorado 81321

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   42USC1983 Federal question regarding 4th Amendment Search and Seizure;
   42USC1983 Public Accommodations; and 42USC1983 violation of 5th Amendment
   Due Process.

5. Briefly state the background of your case:

   Since 2011 case number 11cv176 the Defendants have conspired to deprive me of my civil and constitutional rights. United States District Court case number 12-CV-02429-CMA-KLM was Dismissed Without Prejudice and is a Related Case. In 2012, 2013 and 2014 Plaintiff suffered extreme mental anguish, homelessness, and violation of civil and constitutional rights as enumerated in the attached complaint. Constitutional and civil rights of the Plaintiff continue to be violated by Defendants.
   Montezuma County Undersheriff Robin Cronk, as a direct result of Plaintiff's federal question to US District Court, was responsible for the above-mentioned damages, as well as the following: Shane Brinkhoff, Sgt. Gatzke and Sgt. Martinez of Cortez Police Dept., Utley, Cronk, Harper, and LeBue of Montezuma County Sheriff's Department.
   Southwest Memorial Hospital Emergency Room Dr. Mark Turpen for directly denying Plaintiff access to public accommodation to Southwest Memorial Hospital at July 30th 2013.
   Southwest Memorial Hospital and Southwest Ambulatory employee EMT Scott Anderson for sexual assault of Emergency Room patient Marion Harper on the night of April 26th 2014. Plaintiff right to Due Process of Law, Denial of Medical Services, and Violation of Human Right to emergency medical care.

(Rev. 07/06)                                           2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. On the afternoon of June 18th 2012 Cortez Police Department and the Montezuma County Sheriff's Department illegally searched my apartment at 122 E. 1st St. in Cortez and seized personal property in an amount exceeding $3,000.00.

2. Montezuma Conty Court cases 11-c-109, 11-c-112, and 11-c-659 were never at any time issued Writ of Restitution or any Order permitting entry. The act was a willful and wanton violation of Plaintiff's Constitutional rights.

3. There was not, nor has there ever been a warrant issued to search any property of the Plaintiff at 122 E. 1st. Street in Cortez, CO.

4. December 2012 while being detained at Montezuma County Detention Center Plaintiff was assaulted in a racially motivated attack that left Plaintiff in desperate need of medical care - which was denied by Montezuma County Sheriff's Dept. The assailant, Eddie Zubrisky, was later released. Nurse Utely refused to administer medical care - Plaintiff was later diagnosed with broken bones at Southwest Memorial Hospital.

5. July 30th 2013 Plaintiff was held in custody by Montezuma County Sheriff from 7/30/2013 until 8/6/2013 and denied access to attorney, medical care, and telephone contact with family or friends to notify them of arrest. Held for one-week incommunicado for entire length of detention.

6. Plaintiff's constitutional right to Due Process, protection from illegal search, and the right to petition government for redress were patently denied. Montezuma County Deputy Shane Brinkhoff is an active agent and continues to harass and intimidate Plaintiff at County Courthouse at 600 North Mildred Road Cortez, Colorado. Deputy Brinkhoff forcibly detained Plaintiff in illegal arrest October 17th 2011 for Under-sheriff Robin Cronk.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

9. On the night of July 30th 2013 after being transported by ambulance to Southwest Memorial Hospital for a concussion, Cortez Police Department Sgt. Angelo Martinez threatens Plaintiff with arrest and then unbuckles hospital gurney, and forcibly removes Plaintiff from Southwest Memorial Hospital Emergency Room.

10. At approximately 11:00pm, Sgt. Martinez departs Southwest Memorial Hospital with unconscious Plaintiff, Marion Harper, in the backseat. Five minutes later, Sgt. Martinez arrives at Cortez City Park, removes Plaintiff from patrol car, and deposits him in a supine position on ground at the corner of Montezuma Ave. and North Park Street. Plaintiff had not been medically cleared. Cortez Police Sgt. placed Plaintiff in imminent danger and fear for his life.

11. Upon arrival at Montezuma County Sheriff's Department, Cortez Police Department officer Jerry Sam (?) conducted an interview with Plaintiff in which Plaintiff requested to file criminal complaint against Tim Farrar, the assailant who assaulted Plaintiff Marion Harper on July 30th 2013 in Cortez City Park - which resulted in head contusion, and emergency transport to Southwest Memorial Hospital Emergency Room for care. I explained to Officer Sam that this incident was racially motivated and that I demand to file a complaint. Officer Sam declined my request to file criminal charges against Mr. Farrar, and directed Plaintiff to see Cortez Police Chief Roy Lane upon release.

12. Directly upon release from custody and after an attempt to report the assault by Tim Farrar to Cortez Police Chief Roy Lane, Plaintiff was placed under arrest and taken into custody by Cortez Police Sgt. Gatzke and deputy Armstrong on August 7th 2013 in the lobby of Cortez Police Department - for the crime of engaging in a protected activity.

13. Cortez Police Department prevented Plaintiff from filing criminal charges in several incidents including those described above. The Plaintiff contends that his right to Due Process of law was violated.

14. Plaintiff's 1st Amendment right to Petition Government for Redress of grievances was denied by the Cortez Police Department in the above-described incidents.

15. Saturday February 22, 2014 Plaintiff was arrested by Cortez Police Sgt. Angelo Martinez at the corner of Mildred Road and Jackson Street in Cortez, Colorado. Plaintiff was taken into custody without warrant or probable cause. Sgt. Gatzke was also present at the scene.

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

. January 2012, Southwest Memorial Hospital Emergency Room Dr. Buckwalter (?) made sexually threatening demands
while Plaintiff was being treated for lower abdominal pain. Dr. Buckwalter demanded that Plaintiff " drop your britches and bend over ". The incident was reported to Cortez Police Department - who refused to investigate or file charges.

16. July 30th 2013 ( on two separate occasions )Dr. Mark Turpen, Emergency Room Physician at Southwest Memorial Hospital, denied emergency services in a public facility to Plaintiff on two separate occasions - based on Plaintiff's record of engaging in protected activity and because of Plaintiff's racial origin. Dr. Turpen refused to administer medical care to the Plaintiff after Plaintiff was admitted to Southwest Memorial Hospital for a head injury.

17. Dr. Mark Turpen placed Plaintiff Marion Harper under arrest by Cortez Police Department in an effort to deny medical services to Plaintiff and in retaliation for filing comlaint with Colorado Dept. of Regulatory Agencies.

18. April 26th 2014 Southwest Ambulatory Tech Scott Anderson sexually assaulted Plaintiff in the Emergency Room. An internal investigation by Southwest Memorial Hospital ( see MR#000060244 and P/A # 3688960 ) and the complaint was forwarded to Colorado Department of Public Health and Environment by Southwest Memorial Hospital Director of Compliance and Risk Management, Jessie Nietzer on May 2, 2014.

19. While being treated in the Emergency Room, ambulance driver Scott Anderson repeatedly threatened Plaintiff stating "....I'm going to insert a catheter into your penis ". The ambulance driver then proceeded to rudely undress Plaintiff nude. and then stood above Plaintiff with a menacing stare and threatened to insert a catheter into Plaintiff's penis.

20. Plaintiff begged Emergency Room doctor to remove Mr. Anderson, who refused to comply.

21. The Plaintiff was discriminated against by Southwest Memorial Hospital for engaging in a protected activity, and racial discrimination. Plaintiff's civil and constitutional right to healthcare was violated. Due Process of Law was violated. A hate crime was committed by Southwest Ambulatory Services Emergency Medical Technician Scott Anderson on May 2nd 2014.

22. Plaintiff Marion Harper has continued to suffer trauma associated with the Sexual Abuse of Southwest Memorial Hospital, Dr. Mark Turpen, and EMT Scott Anderson. Current Medical Bills amount to more than $78,000 and are increasing monthly.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

SOUTHWEST HEALTH SYSTEMS: $750,000, plus including any injunctive relief the court may de just, plus any punitive relief the court may deem just;

MONT. CO. BOARD OF COMMISSIONERS, MONT. CO. SHERIFF'S DEPT.: $750,000, plus any injunctive relief the court may deem just, plus any punitive relief the court may deem just;

CITY OF CORTEZ, CORTEZ POLICE DEPT., and SGT. ANGELO MARTINEZ: $750,000, plus any injunctive relief the court may deem just, plus any punitive damages the court may deem just.

Date. JUNE 13TH 2014

*Marion Ernestus Harper III*
(Plaintiff's Original Signature)

P.O. BOX 874 / 27 SOUTH ELM
(Street Address)

CORTEZ, CO 81321
(City, State, ZIP)

(970) 560-2163    mmommozz@gmail.com
(Telephone Number)